IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No: C

W. Casey Walls - #149307

**ORDER TO SHOW CAUSE**

_____/

It appearing that W. Casey Walls has been enrolled as an inactive member of the State Bar of California by court order, he may not practice law in the State of California effective October 4, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before December 30, 2008 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

W. Casey Walls
Attorney At Law
50 Paloma Avenue
Long Beach, CA 90803-2626