**FILED**

JAN 12 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                           No CV-08-80249 MISC VRW

W Casey Walls,
                                            ORDER
    State Bar No 149307

_____/            ENTERED IN CIVIL DOCKET JAN 1 6 2009

    On December 1, 20008, the court issued an order to show cause (OSC) why W Casey Walls should not be removed from the roll of attorneys authorized to practice law before this court, based on administrative enrollment by the State Bar as inactive, effective October 4, 2008.  The OSC was mailed to Mr Walls' address of record with the State Bar and was returned by the post office as unclaimed.  No response to the OSC has been filed.

    The court now orders W Casey Walls removed from the roll of attorneys authorized to practice before this court.  The clerk is directed to close the file.

    IT IS SO ORDERED.

                                              VAUGHN R WALKER
                                              United States District Chief Judge

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

W Casey Walls ,

_____/

Case Number: C 08-80249 MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

W Casey Walls
50 Paloma Avenue
Long Beach, CA 90803-2626

Dated: January 12, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*